UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:  DUK D. PARK and LINDA I. PARK, § | Case No. 09-02939 |
| § | |
| § | |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>RICHARD M. FOGEL</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on July 14, 2010 in Courtroom 642**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  06/03/2010                                        By:  /s/  Richard M. Fogel
                                                                                    Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 1}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: PARK, DUK D | § | Case No. 09-02939 |
| PARK, LINDA I | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,001.56 |
| *and approved disbursements of* | $ 2.88 |
| *leaving a balance on hand of* [1] | $ 3,998.68 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | RICHARD M. FOGEL | $ 1,000.39 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*　*Claimant*　　　　　　　　　　　*Allowed Amt. of Claim*　*Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 823,763.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | DEPARTMENT STORES NATIONAL BANK/MACY'S | $ 326.63 | $ 1.20 |
| 4 | U.S. Bank N.A. | $ 8,221.04 | $ 29.92 |
| 5 | Discover Bank/DFS Services LLC | $ 4,310.00 | $ 15.69 |
| 6 -3 | Chase Home Finance | $ 255,846.07 | $ 931.21 |
| 7A | Ayed Al-Farah | $ 86,166.70 | $ 313.62 |
| 8 | FIA CARD SERVICES, N.A. /MBNA America | $ 22,607.41 | $ 82.28 |
| 9 | eCAST Settlement Corporation assignee of Capital | $ 5,735.48 | $ 20.88 |
| 10 | IPSA CORPORATION | $ 52,308.74 | $ 190.39 |
| 11 | CHASE BANK USA | $ 700.00 | $ 2.55 |
| 12 | CHASE BANK USA | $ 31,732.31 | $ 115.50 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 13 | Chase Bank USA NA | $ 9,280.90 | $ 33.78 |
| 14 | Advanta Bank Corp | $ 17,654.78 | $ 64.26 |
| 15 | BankFinancial FSB | $ 328,873.38 | $ 1,197.01 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
                            N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
                            N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/RICHARD M. FOGEL
                       Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pgordon                Page 1 of 2                   Date Rcvd: Jun 04, 2010
Case: 09-02939                Form ID: pdf006              Total Noticed: 40


The following entities were noticed by first class mail on Jun 06, 2010.
db           +Duk Shin D Park,    1040 Dundee Rd,    Northbrook, IL 60062-2729
jdb          +Linda I Park,    1040 Dundee Rd,    Northbrook, IL 60062-2729
aty          +Joseph R Doyle,     Bizar & Doyle Ltd,    123 West Madison Street,    Suite 205,
               Chicago, IL 60602-4631
tr           +Richard M Fogel,     Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street   Suite 800,
               Chicago, IL 60654-4766
13732171    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
              (address filed with court: Advanta,     P O Box 8088,    Philadelphia, PA    19101)
14185198    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
              (address filed with court: Advanta Bank Corp,     c/o Becket and Lee LLP,    POB 3001,
               Malvern  PA 19355-0701)
13475448     +Ayed Al-Farah,    C/O Akram Zanayed & Associates,    8550 S. Harlem,   Suite G,
               Bridgeview, IL 60455-1775
13475449     +Bank Financial,    2335 Camino Vida Rd,    Carlsbad, CA 92011-1559
13475450      Bank of America,    4060 Ogletown Stan,    Mail Code DES-019,    Newark, DE 19713
14488528     +BankFinancial FSB,    Jeffrey R. Liebman, Vice President,    15W060 North Frontage Road,
               Burr Ridge, Illinois 60527-6928
14156315     +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13475451      Capital One Bank USA,    PO Box 30281,    Salt Lake City, UT 84130-0281
13475452     +Card Member Services,    CB Disputes,    PO Box 108,    Saint Louis, MO 63166-0108
13475453     +Chase,    800 Brookside Blvd,    Westerville, OH 43081-2822
14166681      Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
13530970     +Chase Home Finance,    Attn: Mike Messerly,     8333 Ridgepoint Drive, Floor 01,
               Irving, TX 75063-5812
13475454     +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13475455     +Crowley & Lamb, PC,    350 N. LaSalle Street,    Suite 900,    Chicago, IL 60654-5136
13520911      DEPARTMENT STORES NATIONAL BANK/MACY’S,    TSYS DEBT MGMT., INC.,    PO BOX 137,
               COLUMBUS, GA  31902-0137
13783978     +FIA CARD SERVICES, N.A.,    MBNA America Bank, N A,    ATTN. MR. BK (Bank of America N.A.(USA),
               1000 Samoset Drive/DE5-023-03-03,    Newark, DE 19713-6000
13475457      FIA CSNA,    4060 Ogleton Stant,    Mail Code DES-019,    Newark, DE 19713
13475458    ++HARRIS NA,    3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4005
              (address filed with court: Harris NA,     PO Box 6201,    Carol Stream, IL 60197-6201)
13732172     +Harris T & S,    P O Box 755,    Chicago, IL 60690-0755
14149939     +IPSA CORPORATION,    C/O LOUIS A. WEINSTOCK,    300 W ADAMS - SUITE 840,    CHICAGO IL 60606-5109
13475463     +Infiniti Financial Services,     P O Box 660366,    Dallas, TX 75266-0366
13475459      Infiniti Financial Services,    PO Box 9001132,    Louisville, KY 40290-1132
13631630      JPMorgan Chase Bank,    Bankruptcy Department,    PO Box 24785,    Columbus, OH 43224-0785
13732173     +Louis A. Weinstock,    300 W. Adams St, #840,    Chicago, IL 60606-5109
13475460      Macy’s,    9111 Duke Blvd,    Mason, OH 45040-8999
13732174     +Messerli & Kramer, P A,    3033 Campus Dr, #250,    Minneapolis, MN 55441-2662
13475461     +Neiman Marcus,    PO Box 15521,    Wilmington, DE 19850-5521
13501919      Nissan Motor Acceptance Corporation,    POB 660366 Dallas,Texas 75266
13732176     +Philips & Cohen Associates,    P O Box  48458,    Oak Park, IL 48237-6058
13574028    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
13732177      Washington Mutual,    P O Box 660509,    Parthenon, AR  72666
13803203      eCAST Settlement Corporation assignee of Capital,    One Bank,    POB 35480,   Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jun 04, 2010.
13475456      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2010 00:05:52     Discover Financial,
               PO Box 15316,    Wilmington, DE 19850-5316
13586901      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2010 00:05:52
               Discover Bank/DFS Services LLC,    P.O. Box 3025,    New Albany, OH 43054-3025
13475462     +E-mail/Text: bankrup@nicor.com                             Nicor Gas,    PO Box 8350,
               Aurora, IL 60507-8577
13732175     +E-mail/Text: bnc@nordstrom.com                             Nordstrom,    P O Box 13589,
               Scottsdale, AZ 85267-3589
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: pgordon           Page 2 of 2              Date Rcvd: Jun 04, 2010
Case: 09-02939                Form ID: pdf006         Total Noticed: 40

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2010**                    **Signature:**    *Joseph Speetjens*