**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PARK, DUK D | § Case No. 09-02939 |
| PARK, LINDA I | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $848,613.13             Assets Exempt: $77,258.13
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $2,998.85      Claims Discharged
>                                                 Without Payment: $820,764.59
>
> Total Expenses of Administration: $1,003.27

    3) Total gross receipts of $ 4,002.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,002.12 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $574,038.28 | $578,933.12 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,003.41 | 1,003.27 | 1,003.27 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 711,480.00 | 823,763.44 | 823,763.44 | 2,998.85 |
| **TOTAL DISBURSEMENTS** | $1,285,518.28 | $1,403,699.97 | $824,766.71 | $4,002.12 |

4) This case was originally filed under Chapter 7 on January 30, 2009. . The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2010   By: /s/RICHARD M. FOGEL
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refunds | 1224-000 | 4,000.00 |
| Interest Income | 1270-000 | 2.12 |
| **TOTAL GROSS RECEIPTS** | | **$4,002.12** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Infiniti Financial Services | 4210-000 | 25,623.28 | 19,500.06 | 0.00 | 0.00 |
| 3 | Chase Home Finance | 4210-000 | 548,415.00 | 559,433.06 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$574,038.28** | **$578,933.12** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,000.53 | 1,000.39 | 1,000.39 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.88 | 2.88 | 2.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,003.41 | 1,003.27 | 1,003.27 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DEPARTMENT STORES NATIONAL BANK/MACY'S | 7100-000 | 448.00 | 326.63 | 326.63 | 1.19 |
| 4 | U.S. Bank N.A. | 7100-000 | 7,348.00 | 8,221.04 | 8,221.04 | 29.93 |
| 5 | Discover Bank/DFS Services LLC | 7100-000 | 4,410.00 | 4,310.00 | 4,310.00 | 15.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| -3 | 6 | Chase Home Finance | 7100-000 | 252,733.00 | 255,846.07 | 255,846.07 | 931.39 |
| | 7A | Ayed Al-Farah | 7100-000 | 50,000.00 | 86,166.70 | 86,166.70 | 313.68 |
| | 8 | FIA CARD SERVICES, N.A. /MBNA America | 7100-000 | 17,024.00 | 22,607.41 | 22,607.41 | 82.30 |
| | 9 | eCAST Settlement Corporation assignee of Capital | 7100-000 | 4,661.00 | 5,735.48 | 5,735.48 | 20.88 |
| | 10 | IPSA CORPORATION | 7100-000 | 51,000.00 | 52,308.74 | 52,308.74 | 190.43 |
| | 11 | CHASE BANK USA | 7100-000 | N/A | 700.00 | 700.00 | 2.55 |
| | 12 | CHASE BANK USA | 7100-000 | 29,346.00 | 31,732.31 | 31,732.31 | 115.52 |
| | 13 | Chase Bank USA NA | 7100-000 | N/A | 9,280.90 | 9,280.90 | 33.79 |
| | 14 | Advanta Bank Corp | 7100-000 | 14,510.00 | 17,654.78 | 17,654.78 | 64.27 |
| | 15 | BankFinancial FSB | 7100-000 | 280,000.00 | 328,873.38 | 328,873.38 | 1,197.23 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | 711,480.00 | 823,763.44 | 823,763.44 | 2,998.85 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-02939
**Case Name:** PARK, DUK D
PARK, LINDA I
**Period Ending:** 10/01/10

**Trustee:** (330720) RICHARD M. FOGEL
**Filed (f) or Converted (c):** 03/31/09 (c)
**§341(a) Meeting Date:** 05/19/09
**Claims Bar Date:** 09/24/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real Estate located at 1040 Dundee Rd, IL 60062 (See Footnote) | 725,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | Financial accounts, financial institution shares | 1,100.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Household goods and furnishings | 2,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Books, art, antiques and collectibles | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Wearing apparel | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Furs and jewelry | 250.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | IRA, ERISA, Keogh, pension, profit sharing plan | 72,208.13 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Autos, trucks, trailers, other vehicles, access. | 23,165.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Autos, trucks, trailers, other vehicles, access. | 15,165.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Autos, trucks, trailers, other vehicles, access. | 8,025.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Tax refunds  (u)  (See Footnote) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.12 | FA |
| 13 | Assets    Totals (Excluding unknown values) | $848,613.13 | $4,000.00 | | $4,002.12 | $0.00 |

RE PROP# 1     Automatic stay modifed 5/20/09
RE PROP# 12    Non-exempt portion of unscheduled income tax refund

**Major Activities Affecting Case Closing:**

Monitoring foreclosure action in order to quantify unsecured deficiency claims of second and third mortgagee

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010        **Current Projected Date Of Final Report (TFR):**    June 3, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-02939  
**Case Name:** PARK, DUK D  
PARK, LINDA I  
**Taxpayer ID #:** **-***9253  
**Period Ending:** 10/01/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****58-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/15/09 | {12} | DUK & LINDA PARK | Non-exempt income tax refund | 1224-000 | 4,000.00 | | 4,000.00 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 4,000.08 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.24 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.40 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.56 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.72 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,000.88 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,001.03 |
| 02/10/10 | | To Account #********5866 | Account Transfer | 9999-000 | | 2.88 | 3,998.15 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,998.30 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 3,998.47 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 3,998.49 |
| 04/06/10 | | Wire out to BNYM account 9200******5865 | Wire out to BNYM account 9200******5865 | 9999-000 | -3,998.49 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 2.88 | 2.88 | $0.00 |
| Less: Bank Transfers | -3,998.49 | 2.88 | |
| **Subtotal** | 4,001.37 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,001.37** | **$0.00** | |

{} Asset reference(s)

Printed: 10/01/2010 06:36 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-02939 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | PARK, DUK D | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | PARK, LINDA I | | **Account:** | ***-*****58-66 - Checking Account |
| **Taxpayer ID #:** | **-***9253 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/01/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/10 | | From Account #********5865 | Account Transfer | 9999-000 | 2.88 | | 2.88 |
| 02/10/10 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 2.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2.88** | **2.88** | **$0.00** |
| | | | Less: Bank Transfers | | 2.88 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **2.88** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2.88** | |

{} Asset reference(s)                                                                                                     Printed: 10/01/2010 06:36 AM    V.12.54

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-02939 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | PARK, DUK D | | **Bank Name:** | The Bank of New York Mellon |
| | PARK, LINDA I | | **Account:** | 9200-******58-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9253 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 10/01/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | 9999-000 | 3,998.49 | | 3,998.49 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.19 | | 3,998.68 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.23 | | 3,998.91 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.23 | | 3,999.14 |
| 07/14/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.10 | | 3,999.24 |
| 07/14/10 | | To Account #9200******5866 | Close account and transfer for final distributions | 9999-000 | | 3,999.24 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,999.24 | 3,999.24 | $0.00 |
| | | | Less: Bank Transfers | | 3,998.49 | 3,999.24 | |
| | | | **Subtotal** | | **0.75** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.75** | **$0.00** | |

{} Asset reference(s)                                                                                          Printed: 10/01/2010 06:36 AM        V.12.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-02939  
**Case Name:** PARK, DUK D  
PARK, LINDA I  
**Taxpayer ID #:** **-***9253  
**Period Ending:** 10/01/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******58-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/10 | | From Account #9200******5865 | Close account and transfer for final distributions | 9999-000 | 3,999.24 | | 3,999.24 |
| 07/15/10 | 10102 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,000.39, Trustee Compensation;  Reference: | 2100-000 | | 1,000.39 | 2,998.85 |
| 07/15/10 | 10103 | DEPARTMENT STORES NATIONAL BANK/MACY'S | 0.36% dividend on Claim # 2, Ref: | 7100-000 | | 1.19 | 2,997.66 |
| 07/15/10 | 10104 | U.S. Bank N.A. | 0.36% dividend on Claim # 4, Ref: | 7100-000 | | 29.93 | 2,967.73 |
| 07/15/10 | 10105 | Discover Bank/DFS Services LLC | 0.36% dividend on Claim # 5, Ref: | 7100-000 | | 15.69 | 2,952.04 |
| 07/15/10 | 10106 | Chase Home Finance | 0.36% dividend on Claim # 6 -3, Ref: | 7100-000 | | 931.39 | 2,020.65 |
| 07/15/10 | 10107 | Ayed Al-Farah | 0.36% dividend on Claim # 7A, Ref: | 7100-000 | | 313.68 | 1,706.97 |
| 07/15/10 | 10108 | FIA CARD SERVICES, N.A. /MBNA America | 0.36% dividend on Claim # 8, Ref: | 7100-000 | | 82.30 | 1,624.67 |
| 07/15/10 | 10109 | eCAST Settlement Corporation assignee of Capital | 0.36% dividend on Claim # 9, Ref: | 7100-000 | | 20.88 | 1,603.79 |
| 07/15/10 | 10110 | IPSA CORPORATION | 0.36% dividend on Claim # 10, Ref: | 7100-000 | | 190.43 | 1,413.36 |
| 07/15/10 | 10111 | CHASE BANK USA | 0.36% dividend on Claim # 11, Ref: | 7100-000 | | 2.55 | 1,410.81 |
| 07/15/10 | 10112 | CHASE BANK USA | 0.36% dividend on Claim # 12, Ref: | 7100-000 | | 115.52 | 1,295.29 |
| 07/15/10 | 10113 | Chase Bank USA NA | 0.36% dividend on Claim # 13, Ref: | 7100-000 | | 33.79 | 1,261.50 |
| 07/15/10 | 10114 | Advanta Bank Corp | 0.36% dividend on Claim # 14, Ref: | 7100-000 | | 64.27 | 1,197.23 |
| 07/15/10 | 10115 | BankFinancial FSB | 0.36% dividend on Claim # 15, Ref: | 7100-000 | | 1,197.23 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,999.24 | 3,999.24 | $0.00 |
| | | | Less: Bank Transfers | | 3,999.24 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,999.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,999.24** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****58-65** | 4,001.37 | 0.00 | 0.00 |
| **Checking # ***-*****58-66** | 0.00 | 2.88 | 0.00 |
| **MMA # 9200-*****58-65** | 0.75 | 0.00 | 0.00 |
| **Checking # 9200-*****58-66** | 0.00 | 3,999.24 | 0.00 |
| | $4,002.12 | $4,002.12 | $0.00 |

{} Asset reference(s)    Printed: 10/01/2010 06:36 AM    V.12.54